1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                          )
ATLANTIC RECORDING CORPORATION,       )
*et al.*,                                                 )
                                                          )          Case No. C08-0841RAJ-RSL
                              Plaintiffs,                 )
                                                          )
              v.                                          )
                                                          )          ORDER GRANTING LEAVE TO
DOES 1 - 21,                                              )          TAKE IMMEDIATE DISCOVERY
                                                          )
                              Defendants.                 )
_____)

      This matter comes before the Court on plaintiffs' ex parte "Motion for Leave to Take Immediate Discovery." Dkt. # 3 and 5.[1] Having reviewed the application, the Affidavit of Carlos Linares, and the accompanying memorandum of law, it is hereby ORDERED that:

      Plaintiffs' application is GRANTED. Plaintiffs may immediately serve a Rule 45 subpoena on the University of Washington seeking documents that identify each Doe defendant, including the name, current and permanent addresses, telephone numbers, e-mail addresses, and Media Access addresses for each defendant.

      If, upon receipt of the Rule 45 subpoena, the University of Washington or the Doe defendants object to the subpoena, the University shall preserve the information plaintiffs seek until the Court rules on the objections.

---

[1] Identical papers were docketed twice:  this order therefore resolves both Dkt. # 3 and Dkt. # 5.

ORDER GRANTING LEAVE TO
TAKE IMMEDIATE DISCOVERY

1    Any information disclosed to plaintiffs in response to the Rule 45 subpoena may

2  be used by plaintiffs solely for the purpose of protecting plaintiffs' rights under the Copyright

3  Act.

4

5    Dated this 23rd day of June, 2008.

6    *Mnr S Lasnik*

7    Robert S. Lasnik
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING LEAVE TO
TAKE IMMEDIATE DISCOVERY                    -2-